Esq.). (Q) The People of the State of New York v. Robert M. Skidders (John Del Vecchio, Esq.). (R) The People of the State of New York v. Albert Strong (Daniel Mooney, Esq.). (S) The People of the State of New York v. Steve Wukich (John M. Freyer, Esq.). (T) The People of the State of New York v. John Yukich (Leon Katzen, Esq.).— [In each action] Motion granted to prosecute appeal on original records, typewritten briefs, and counsel assigned, as indicated.

■ The People of the State of New York v. Leo Joseph Mleczko, Defendant.— Motion for a change of venue granted and trial of indictment removed to Cayuga County. (Order entered Sept. 6, 1962).

■ (A) Board of Education of the City of Buffalo, Respondent, v. Niagara Wrecking & Lumber Co. et al., Appellants. (B) Nancy Crisafulli, an Infant, by Her Guardian ad Litem, Sam Crisafulli, Appellant, v. Germain Toloff, Respondent. (C) Sam Crisafulli, Appellant, v. Germain Toloff, Respondent. (D) Larry Grass et al., Appellants, v. John D. Hill et al., Respondents. (E) Warden Griebel, Appellant, v. William B. Lewis, Respondent. (F) Vincent T. Hayes et al., Respondents, v. Salvatore C. Pace, Doing Business as Pace Builders, Appellant. (G) Anna M. McNichols, as Administratrix of the Estate of Joseph T. McNichols, Deceased, Appellant, v. City of Buffalo et al., Respondents. (H) Ella M. Polzin et al., Appellants, v. George P. Savage, as Executor, et al., Respondents.— [In each action] Motion granted and appeal dismissed.

■ Harold Crowell et al., Respondents, v. State of New York, Appellant.— Motion granted and order dismissing appeal vacated, upon condition that records and appellant's briefs are filed and served on or before September 19, 1962.

■ Michael Federation, Doing Business as Certified Welding Works, Respondent, v. Jarvis & Spitz, Inc., Appellant.— Appeal dismissed unless records and briefs are filed and served on or before September 19, 1962.

■ Linda Gasper, as Administratrix of the Estate of Donald Gasper, Deceased, Respondent, v. Ford Motor Company, Defendant-Appellant, and Third-Party Plaintiff-Appellant, and Frederick Seifert, Doing Business as Main Window Cleaning Co., Respondent.— Motion granted and case adjourned to October 1962 Term for argument; respondents directed to file and serve briefs on or before October 4, 1962.

■ Marjorie Hause et al., as Coexecutors of Nelson H. Hause, Deceased, Respondent, v. Morton Wasserman et al., Appellants.— Motion granted and appeal dismissed, without costs.

■ Rose Petrossi, Appellant, v. George Hitchens, Respondent.— Motion granted to prosecute appeal on one typewritten record, five typewritten copies of appellant's brief.

■ Thomas D. Powell, Respondent, v. Joseph Norban et al., Appellants.— Appeal dismissed unless records and briefs are filed and served on or before October 31, 1962.

■ Bernard J. Rybarczyk, Individually and as Administrator, et al., Appellants, v. James F. Czaja et al., Respondents.— Motion granted to prosecute appeal on original and five typewritten copies of record and five typewritten copies of appellant's brief.

■ Martha G. Taylor, Respondent, v. Niagara Frontier Transit System, Inc., et al., Appellants.— Motion to dismiss appeal denied.

■ In the Matter of James R. Kelleher, as Executor of Ida R. Kelleher, Deceased, Appellant. Edward Hackemer, Respondent.— Motion to dismiss appeal denied; motion granted to prosecute appeal as a poor person and John J. Phelan, Esq., assigned as counsel to conduct appeal, and further granted